THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. EDWARD CAVETT, Defendant-Appellant.

(Nos. 74-99, 73-154 cons.;

Third District—September 19, 1974.

James Geis, of State Appellate Defender's Office, of Ottawa, for appellant.

Henry D. Sintzenich, State's Attorney, of Macomb, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, v. TIMOTHY B. HESTER, Defendant-Appellee.

(No. 73-290;

Third District—September 19, 1974.